*Mr. Francis M. Seaman, Mr. Leo Rosenblum,* and *Mr. Steward M. Hutt,* for the petitioners.

*Mr. Stanton L. Levy, Mr. Arthur J. Sills, Mr. Elias Abelson,* and *Mr. Leon S. Wilson,* for the respondents.

September 20, 1966. Denied.

JOSEPH V. CULLUM, PLAINTIFF-PETITIONER, v. BOARD
OF EDUCATION OF THE TOWNSHIP OF NORTH BER-
GEN, DEFENDANT-RESPONDENT.

*Mr. Joseph V. Cullum, pro se.*

*Mr. Sydney I. Turtz,* for the respondent.

September 20, 1966. Denied.

LOUIS BUCCI, PETITIONER-PETITIONER, v. ENGELHARD
INDUSTRIES, INC., H. A. WILSON DIVISION, RESPON-
DENT-RESPONDENT.

*Mr. Frank Fink,* for the petitioner.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mr. George J. Kenny* for the respondent.

September 20, 1966. Denied.